```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION


JOHNNY TAYLOR                                    PLAINTIFF


VS.                        CIVIL ACTION NO. 3:06CV611TSL-JCS


MISSISSIPPI DEPARTMENT OF TRANSPORTATION         DEFENDANT
```

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this 31st day of January, 2008.


                            /s/ Tom S. Lee
                            UNITED STATES DISTRICT JUDGE